```
                    NOV 1 8 2005
AV80300                                                          NPT To 24
            H.R. DEPT  ALABAMA JUDICIAL DATA CENTER
                          RUSSELL   COUNTY
            457-2331     SUMMONS
                                                          CV 2005 000420.00
                                                          ALBERT L. JOHNSON

                 IN THE CIRCUIT COURT OF RUSSELL   COUNTY
   DENISE BYRD  VS  MCKENZIE TANK LINES INC  ET AL

       SERVE ON: (D001)
                                                  PLAINTIFF'S ATTORNEY
   MCKENZIE TANK LINES INC                        DAY W CHARLES JR
   % DAWSON MCGOUGH, REG AGT                      233 12TH ST., SUITE 100A
   631 DIAZ STREET        3669 Bear Fork          POST OFFICE BOX 1437
   MOBILE     ,AL  00000-0000                     COLUMBUS    ,GA  31907-0000

   TO THE ABOVE NAMED DEFENDANT:

     THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
   TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.  YOU OR YOUR ATTORNEY ARE
   REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
   ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
   ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

     THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
   AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
   ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
   YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

   (X) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
       COMPLAINT IN THIS ACTION UPON DEFENDANT.

   ( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
       WRITTEN REQUEST OF _____  PURSUANT TO RULE 4.1(C)
       OF THE ALABAMA RULES OF CIVIL PROCEDURE.

   DATE: 11/02/2005                         CLERK: KATHY COULTER          BY:
                                                   PO BOX 518
                                                   PHENIX CITY  AL  36868-0510
                                                   (334)298-0516

   RETURN ON SERVICE:

   ( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)

   ( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

   DATE _____          SERVER SIGNATURE _____

   SERVER ADDRESS _____          TYPE OF PROCESS SERVER _____

   OPERATOR: ANL
   PREPARED: 11/02/2005
```



EXHIBIT A

Fax:5742351    Nov 21 '05 10:35    P.02

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

DENISE BYRD            *     CIVIL ACTION F/SERVE

                                    *     CV-05-420

         Plantiff,            *

vs.                                *

MCKENZIE TANK LINES, INC. and    *
ALTON JAMES DUPUIS            *

        Defendants,          *

## COMPLAINT FOR DAMAGES

COMES NOW DENISE BYRD, Plaintiff in the above-styled action and states this complaint as follows:

1.

The Defendant, MCKENZIE TANK LINES, (hereinafter referred to as "Defendant Corporation") is a Florida Corporation qualified to do business in Alabama. Defendant Corporation is subject to the jurisdiction of this court. The Defendant Corporation may be served by delivering a copy of the Summons and Complaint to its Registered Agent, Dawson McGough at 631 Diaz Street, Mobile Alabama.

2.

On or about November 4, 2003, Defendant Corporation through Defendant, ALTON JAMES DUPUIS, (hereinafter referred to as "Defendant Driver", Defendant Corporation and Defendant Driver hereinafter referred to collectively as "Defendants"), was operating a tractor trailer in a reckless and negligent manner in the State of Alabama. The Defendant Driver is subject to the jurisdiction of this court. The Defendant Driver

may be served by delivery of a copy of the Summons and Complaint to its last known address, 898 Ridgeview Drive, Pensacola, Florida 32514.

3.

The Defendants negligently caused the tractor trailer to roll over causing a chemical spill which contaminated the Plaintiff.

4.

The Plaintiffs were without fault in causing the aforementioned incident.

5.

As the direct and proximate result of the Defendants' negligence, the Plaintiff has suffered personal injuries and will continue to suffer personal injuries in the future, including bodily injury, pain and mental suffering.

6.

As the direct and proximate result of the Defendants' negligence, the Plaintiff has incurred medical expenses, in an amount to be proven at trial, for the treatment of injuries caused solely and proximately by the Defendants.

7.

As the direct and proximate result of the Defendants' negligence, the Plaintiff will incur future medical expenses, in an amount to be proven at trial, for the treatment of the injuries caused solely and proximately by the Defendants.

8.

As the direct and proximate result of the Defendants' negligence, the Plaintiff was unable to work, and incurred lost wages in an amount to be proven at trial.

9.

The Plaintiff suffered other general and/or consequential damages as the direct and proximate result of the Defendants' negligence.

WHEREFORE, the Plaintiff prays:

1. That the Defendants be served with summons, process and a copy of this Complaint for Damages as provided by law;

2. That the Plaintiff obtain judgment against Defendants for all special, general, consequential, and punitive damages as determined at trial as well as cost of litigation and expenses.

3. That the Plaintiff be granted a trial by jury as to all triable issues in this cause;

4. For such other and further relief as this Court deems just and equitable under all circumstances alleged and contained herein.

Respectfully submitted, this 31st day of October, 2005

_____
W. Charles Day, Jr.
Attorney for Plaintiff
Alabama Bar No.: Day007

Berry, Shelnutt, Day, & Hoffman P.C.
233 12th Street
P.O. Box 1437
Columbus, Georgia 31902-1437
(706) 324-4375
(706) 653-5681 facsimile