# BERRY, SHELNUTT, DAY & HOFFMAN

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| EDWARD F. BERRY‡ | 1022 2ND AVENUE | 233 12TH STREET, SUITE 100A | MAILING ADDRESS: |
| J. MARK SHELNUTT | COLUMBUS, GA 31901 | COLUMBUS, GA 31901 | P.O. BOX 1437 |
| W. CHARLES DAY, JR.‡ | TELEPHONE (706) 324-4343 | TELEPHONE (706) 324-4375 | COLUMBUS, GA 31902-1437 |
| PETER B. HOFFMAN | TELECOPIER (706) 322-9535 | TELECOPIER (706) 653-5681 | |
| JULIA F. SLATER | | | ‡ ALSO ADMITTED IN ALABAMA |
| MATT A. HIRSCH | | | ◊ ALSO ADMITTED IN PENNSYLVANIA |
| REBECCA D. ROSS◊ | | | |

July 14, 2004

Andrew Thompson
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100
Atlanta, GA 30309-3592

VIA: Certified Mail

Our Client:        Doris Denise Byrd
D/A:               November 04, 2003
Place of Incident: Phenix City, AL
Claim No.:         03-GLBI-369/Alton Dupuis
Defendant:         McKenzie Tank Lines, Inc.

Dear Mr. Thompson:

As you are aware, this firm has been retained to represent the interests of Doris Denise Byrd in connection with her claim for bodily injury resulting from the November 04 2003 trucking accident and resultant chemical spill. I am setting forth below our proposal to settle this matter on an amicable basis, without the pursuit of litigation.

## COVERAGE

The information that has been provided to date confirms that McKenzie Tank Lines have liability insurance with AIG, but have a self insurance retention, for which you are responsible. No coverage defenses have been asserted.

## LIABILITY

Our investigation reveals that the liability for this accident rests completely with the driver of your truck, Alton James Dupuis. Mr. Dupuis overturned his truck and the resulting damage caused an immediate and significant chemical spill of Dimethylamine. Ms. Byrd was on her way


EXHIBIT B

Andrew Thompson
July 14, 2004
Page two

to work, after taking her daughter to school and was traveling several car lengths behind your truck, when the accident occurred. As soon as she was able to get through, she continued on to work, not realizing the significance of the chemical spill.

## INJURIES

Shortly after reaching her work, Ms. Byrd began experiencing burning and redness in her eyes, shortness of breath, coughing and headache. She went to the St. Francis emergency room where she was forced to strip down to be "detoxified", which was a humiliating procedure. She was diagnosed with chemical pneumonitis and chemical conjunctivitis. She was given medications and sent home.

Her condition had worsened by the next day, so she returned to the emergency room where it is documented that she had continued complaints of wheezing, shortness of breath, coughing, headaches, and chest pain. She was treated again and instructed to follow up with her regular physician.

Ms. Byrd was then examined by Dr. Charles Calhoun, who treated her for the injury to her eyes. He describes her eyes as red and swollen. Her vision was blurred and she had complaint of headache. She was given medication for her eyes and seen in follow up tthree additional times, until she was released on 01/16/04.

When she got into see her regular physician, Dr. Steven Lucks, on November 10, 2003, many of her complaints had worsened and the anxiety over her condition was affecting both her mental and physical health. His office records indicate fatigue, sore throat, hoarseness, difficulty swallowing, coughing, chest pain, wheezing, and headache. He felt her condition warranted hospitalization, so she was checked into Doctors' Hospital.

Ms. Byrd was hospitalized from 11/10/03 until 11/13/03. Her treatment there included a variety of diagnostic tests, including a bronchoscopy. Her discharge diagnosis included conjunctivitis, reactive airway disease, wheezing, shortness of breath, anxiety, and history of irritable bowel syndrome and bi-polar disorder. She was discharged with 9 different medications.

On her 11/19/03 follow up with Dr. Lucks, Ms. Byrd still had ongoing problems with chest pain, shortness of breath, wheezing, headache and depression. Many of these problems continued through her next visit of 01/07/04, when her pulmonary function test showed obstructive defect with significant bronchodilator response. These findings were consistent with stage I chronic obstructive pulmonary disease or mild asthma.

Andrew Thompson
July 14, 2004
Page three

## MEDICAL SPECIALS

| | |
|---|---|
| St. Francis Hospital | $2,512.97 |
| Emergency Med Spec. | 418.00 |
| Doctors' Hospital | 11,809.30 |
| Dr. Stephen Lucks | 868.90 |
| Dr. Charles Calhoun | 228.00 |
| Radiology Associates | 114.00 |
| **Total Medical Specials** | **$15,951.17** |

## WAGE LOSS

Denise Byrd was employed as a nursing assistant for Dr. Jose Canado, when this accident occurred. She is paid hourly at the rate of $12.00 per hour and works a 40 hour week. As a result of this accident, she missed a total of 84.75 hours. Her total wage loss was $1017.00.

## OFFER OF SETTLEMENT

The injuries that Denise Byrd suffered as a result of this environmental accident have caused her a great deal of pain, discomfort and inconvenience, limiting her ability to perform her daily activities for many weeks. She is very concerned about the possibility that the toxic chemicals she inhaled will cause her significant health problems, in the future. She is familiar some of the many studies out there that link chemical exposures to a variety of serious illnesses and cancers and is frightened about that possibility. She has incurred substantial medical expenses and missed over 80 ours of work, both of which have caused financial strain to her family.

The jurisdiction of this case is one that is favorable to the Plaintiff and tends to award liberal verdicts in personal injury cases. Considering the facts of this accident, the damage done to her lungs, and the uncertainty of how Ms. Byrd's health may be affected in the future, a high verdict would be likely. As Ms. Byrd has an estimated life expectancy of approximately 48 years, compensation of only $1.50 per hour for her life expectancy would lead to an award of $630,720.00.

Based on these aspects of Denise Byrd's claim, we have evaluated this claim at Six Hundred Fifty Thousand Dollars ($650,000.00). Please review the materials provided in this package and respond with your offer of settlement within thirty (30) days of the date of this mailing.

Andrew Thompson
July 14, 2004
Page four

    Please respond to the undersigned with your response within the allotted time limit, regarding the above settlement offer.

    If you have any questions or need any additional information, please do not hesitate to contact myself or my case manager, Lori Lipocky. We look forward to your response.

    Sincerely yours,

    BERRY, SHELNUTT, DAY & HOFFMAN
    A Professional Corporation

    W. Charles Day, Jr.
    Attorney at Law

CC:    Doris Denise Byrd


St.Francis
We care for life.

# SCANNED

## PATIENT REGISTRATION

| DATE & TIME | | | | | | | | | ACCT # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/2003 10:48AM | | | | | | | | | 000705523512 | |
| MED REC | SERVICE | ROOM/BED | PT | F/C | SEX | RACE | M/S | ACC | RELIGION | PUB |
| 000003720778 | GMD | | E | S | F | W | S | | NON | YES |

**PATIENT**
NAME / ADDRESS / PHONE #    BIRTHDAY / AGE
BYRD, DORIS DENISE          09/19/1971  32Y
990 GRANTHAM DR
CATAULA
GA  31804
                 706  6284339

**EMPLOYER**
NAME / ADDRESS / PHONE
DR JOSE CANEDO
ST FRANCIS MEDICAL PARK
COLUMBUS
GA 31904

CONTACT PERSON

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    COUNTY

| EMPLOYMENT RELATED | ADM SOURCE | |
|---|---|---|
| YES    NO | EMERGENCY OUTPATIENT | |

**EMERGENCY**
NAME / ADDRESS / PHONE        RELATIONSHIP
BYRD, PATRICK                 H
990 GRANTHAM DR
CATAULA    GA  31804
          706    6284339

**CONTACT**
NAME / ADDRESS / PHONE    RELATIONSHIP

**GUARANTOR**
NAME / ADDRESS / PHONE        SS# / RELATION
BYRD, DORIS DENISE            01
990 GRANTHAM DR               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
CATAULA     GA 31804
          706-628-4339

**GUAR EMPLOYER**
NAME / ADDRESS / PHONE
CMA
DR JOSE CANEDO
ST FRANCIS MEDICAL PARK
COLUMBUS           GA31904
CONTACT PERSON

| INS CODE / NAME / ADDRESS / PHONE | POLICYHOLDER | POLICY # / GROUP | EMPLOYER |
|---|---|---|---|
| Q02 B C OF GA | BYRD DORIS DENISE | XKC25935099 202 | DR JOSE CANEDO ST FRANCIS MEDICAL PARK COLUMBUS |
| | RELATION/SEX 01 | S | EM15 |
| INS CODE / NAME / ADDRESS / PHONE | POLICYHOLDER RELATION/SEX | POLICY # / GROUP | EMPLOYER |
| | | Anhydrous gas | |
| INS CODE / NAME / ADDRESS / PHONE | POLICYHOLDER RELATION/SEX | POLICY # / GROUP | EMPLOYER |
| INS CODE / NAME / ADDRESS / PHONE | POLICYHOLDER RELATION/SEX | POLICY # / GROUP | EMPLOYER |

| ADMITTING/ATTENDING PHYSICIAN | | DIAGNOSIS | | | |
|---|---|---|---|---|---|
| LUCKS | HAGUES MICHAEL | EYE IRRITATION/COUGHING | | | |
| | DISCHARGE INFO  ☐ ALIVE  ☐ EXPIRED | DISCHARGE DATE | LOS | AUTOPSY YES | ADMIT BY |

BYRD00077

**St. Francis**

**EMERGENCY OUTPATIENT RECORD**

000003720778 | 000705523512
BYRD, DORIS DENISE
09/19/1971  32Y  WSF  11/04/2003  10:48AM
LUCKS

PRIVATE PHYSICIAN: ___
E.R. PHYSICIAN: ___
ALLERGIES: ___

| INT. | ORD | LAB | | ORD | CARDIAC/RESP | | ORD | X-RAYS: | | ORD | ORTHOPEDICS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BLOOD WK. | | | EKG | | | R L HAND | | | CRUTCHES |
| | | CBC, H/H | | | MONITOR | | | R L WRIST | | | SPLINT |
| | | PT | | | O2 SAT | | | R L ELBOW | | | ANKLE |
| | | PTT | | | ABG | | | R L SHOULDER | | | POSTERIOR |
| | | SMA7 | | | O2 ___ L/NC | | | PELVIS | | | VELCRO |
| | | SMA 20 | | | NEB RX | | | R L HIP | | | SUGAR T. |
| | | LIVER PANEL | | | ALBUTEROL | | | R L KNEE | | | ACE |
| | | LIPASE | | | W/ATROVENT | | | R L ANKLE | | | KNEE IMB |
| | | CE'S | | | IV THERAPY | | | SPINE | | | SLING |
| | | ESR | | | INT | | | (C  T  L) | | | SHOULD IMB |
| | | CCU PANEL | | | NS   NS | | | CT - HEAD | | | ORTHO SHOE |
| | | LEVELS: | | | D5 | | | ABD | | | |
| | | DIGOXIN | | | @ ___ CC/HR | | | CHEST | | | |
| | | DILANTIN | | | BOLUS ___ CC | | | PELVIS | | | ADMIN. |
| | | THEOPHYLLIN | | | CARDIAC MEDS | | | US - GB | | | OLD RECORDS |
| | | ETOH | | | NTG 1/150 SL | | | PELVIS | | | OLD EKG'S |
| | | UA | | | ASA ___ PO | | | CXR | | | OLD X-RAYS |
| | | UPT, SPT | | | HEPARIN | | | AAS | | | |
| | | URINE DR SC | | | BOLUS | | | ADDITIONAL ORDERS | | | |
| | | CULTURE: | | | DRIP | | | | | | |
| | | URINE | | | CAPTOPRIL | | | | | | |
| | | BLD | | | LOPRESSOR 5MG | | | | | | |
| | | GC/CHLA | | | IV X 3 | | | | | | |
| | | WET PR/KOH | | | THROMBOLYTICS | | | | | | |

**M.D. NOTES**  Initial Diagnosis: IRRITATION EYS COUGHING/12

HISTORY: ___ AGREE WITH CLINICIANS HX (HISTORY)

[handwritten notes:]
- May NC to has
- Rx: Pred-a-sone 60 daily x 6 days
- Combivent MDI 2 puffs every 2-3 hrs as need for SOB/wheezing
- Pred Forte 1% eye drop 1 drop each eye ___ day x 3 days

PAST HISTORY: ___
PAST SURGERIES: ___
SOCIAL HISTORY: ___
FAMILY HISTORY: ___
PHYSICAL EXAM: ___
  HEENT - NL
  NECK  - NL
  LUNGS - NL
  COR   - NL
  ABD   - NL
  EXTRM - NL
  NEURO - NL
  SKIN  - NL

CONSULTS
1. DR ___ CALLED AT ___
   DR ___ RESPONSE ___
1. DR ___ CALLED AT ___
   DR ___ RESPONSE ___

ADVICE GIVEN TO PATIENT:
- Return immediately dr ___ sooner on visual problems

MANAGEMENT - I HAVE REVIEWED LAB DATA AND TREATMENT
(PA CHARTS)  PLAN AND:
  ___ CONCUR WITH PLAN
  ___ CHANGE ___

- F/U Dr Lucks
- in 3-5 days ___
- Re-___

☐ NL DUTY X ___ DAYS
☐ BED REST X ___ DAYS
☐ LIGHT DUTY X ___ DAYS
☐ NO LIFT > ___ LBS
☐ NO STANDING X ___ DAYS

DIAGNOSIS: A. Chemical pneumonitis B. Chemical conjunctivitis
DISPOSITION: TIME [illegible]  CONDITION: [illegible]  ADMIT TO: ___  ☐ HOME ☐ DR.'S OFFICE ☐ AMA ☐ LEFT W/O TREATMENT ☐ TRANSFER ☐ EXPIRED
☐ N/A  ☐ SENT HOME  ☐ GIVEN TO FAMILY  ☐ SENT TO SAFE

☐ CORONER  ☐ POLICE  PHYSICIAN'S SIGNATURE: [signature]

BYRD00078

SCANNED

# St. Francis
*We care for life.*

## PATIENT REGISTRATION

| DATE & TIME | | | | | | | | ACCT # | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/2003 17:28 | | | | | | | | 000705525533 | | |
| MED REC | SERVICE | ROOM/BED | PT | F/C | SEX | RACE | M/S | ACC | RELIGION | PUB |
| 0000037720778 | GND | | E | G | F | W | S | | NON | YES |

| PATIENT | EMPLOYER |
|---|---|
| NAME / ADDRESS / PHONE #   BIRTHDAY / AGE | NAME / ADDRESS / PHONE |
| BYRD, DORIS DENISE    09/19/1971  32Y | DR JOSE CANEDO |
| 990 GRANTHAM DR | ST FRANCIS MEDICAL PARK |
| CATAULA | COLUMBUS |
| GA  31804 | GA 31904 |
| 706  6284339 | |
| 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    COUNTY | CONTACT PERSON |
| | EMPLOYMENT RELATED: YES  NO | ADM SOURCE: EMERGENCY OUTPATIENT |

| EMERGENCY | CONTACT |
|---|---|
| NAME / ADDRESS / PHONE    RELATIONSHIP | NAME / ADDRESS / PHONE    RELATIONSHIP |
| BYRD, PATRICK    HUSBAND | |
| 990 GRANTHAM DR | |
| CATAULA    GA  31804 | |
| 706    6284339 | |

| GUARANTOR | GUAR EMPLOYER |
|---|---|
| NAME / ADDRESS / PHONE    SS# / RELATION | NAME / ADDRESS / PHONE |
| BYRD, DORIS DENISE    01 | CMA |
| 990 GRANTHAM DR    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 | DR JOSE CANEDO |
| CATAULA    GA 31804 | ST FRANCIS MEDICAL PARK |
| 706-628-4339 | COLUMBUS    GA31904 |
| | CONTACT PERSON |

| INS CODE / NAME / ADDRESS / PHONE | POLICYHOLDER | POLICY # / GROUP | EMPLOYER |
|---|---|---|---|
| B88 BLUE CROSS GEORGIA | BYRD | XKC25950992 02 | DR JOSE CANEDO |
| PO BOX 9907 | DORIS DENISE | | ST FRANCIS MEDICAL PARK |
| COLUMBUS, GA 31908 | RELATION/SEX  SELF | S | COLUMBUS  GA31904 |

| INS CODE / NAME / ADDRESS / PHONE | POLICYHOLDER / RELATION/SEX | POLICY # / GROUP | EMPLOYER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| ADMITTING/ATTENDING PHYSICIAN | | DIAGNOSIS |
|---|---|---|
| LUCKS | SMITH DAVID | SOB VISIAL NAUSEA 48 HRS  46 |
| | DISCHARGE INFO ☐ ALIVE ☐ EXPIRED | DISCHARGE DATE | LOS | AUTOPSY YES |

BYRD00064

**St.Francis**

**EMERGENCY / OUTPATIENT RECORD**

000003720778  S  000705525533
BYRD, DORIS DENISE
09/19/1971 32Y  WSF 11/05/2003 05:28PM
LUCKS

PRIVATE PHYSICIAN | E.R. PHYSICIAN

ALLERGIES: _____

| INT. | ORD | LAB | | ORD | CARDIAC/RESP | | ORD | X-RAYS: | | ORD | ORTHOPEDICS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BLOOD WK. | | | EKG | | | R L HAND | | | CRUTCHES | |
| | | CBC, H/H | | | MONITOR | | | R L WRIST | | | SPLINT | |
| | | PT | | | O2 SAT | | | R L ELBOW | | | ANKLE | |
| | | PTT | | | ABG | | | R L SHOULDER | | | POSTERIOR | |
| | | SMA7 | | | O2 _____ L NC | | | PELVIS | | | VELCRO | |
| | | SMA 20 | | | NEB RX | | | R L HIP | | | SUGAR T. | |
| | | LIVER PANEL | | | ALBUTEROL | | | R L KNEE | | | ACE | |
| | | LIPASE | | | W/ATROVENT | | | R L ANKLE | | | KNEE IMB | |
| | | CE'S | | | IV THERAPY | | | SPINE | | | SLING | |
| | | ESR | | | INT | | | (C  T  L) | | | SHOULD IMB | |
| | | CCU PANEL | | | NS   NS | | | CT - HEAD | | | ORTHO SHOE | |
| | | LEVELS: | | | D5 _____ | | | ABD | | | | |
| | | DIGOXIN | | | @ _____ CC/HR | | | CHEST | | | | |
| | | DILANTIN | | | BOLUS _____ CC | | | PELVIS | | | ADMIN. | |
| | | THEOPHYLLIN | | | CARDIAC MEDS | | | US - GB | | | OLD RECORDS | |
| | | ETOH | | | NTG 1/150 SL | | | PELVIS | | | OLD EKG'S | |
| | | UA. | | | ASA _____ PO | | | CXR | | | OLD X-RAYS | |
| | | UPT, SPT | | | HEPARIN | | | | | | | |
| | | URINE DR SC | | | BOLUS | | | ADDITIONAL ORDERS | | | | |
| | | CULTURE: | | | DRIP | | | | | | | |
| | | URINE | | | CAPTOPRIL | | | | | | | |
| | | BLD | | | LOPRESSOR 5MG | | | | | | | |
| | | GC/CHLA | | | IV X 3 | | | | | | | |
| | | WET PR/KOH | | | THROMBOLYTICS | | | | | | | |

X-rays annotations: done CT (neg), PA flat (neg), CXR

Additional Orders:
1) toradol 60/ IM @ 1435
2) benadryl 50/ IM

**M.D. NOTES**   Initial Diagnosis: SOB VISUAL NAUSEA 48 HRS   46

HISTORY: ___ AGREE WITH CLINICIANS HX (HISTORY)

PAST HISTORY: _____
PAST SURGERIES: _____
SOCIAL HISTORY: _____
FAMILY HISTORY: _____
PHYSICAL EXAM: _____
  HEENT - NL
  NECK  - NL
  LUNGS - NL
  COR   - NL
  ABD   - NL
  EXTRM - NL
  NEURO - NL
  SKIN  - NL

1) Continue current meds
2) Fu Dr Bam's twk
3) Work excuse 3d
4) Return if Sx worse

CONSULTS
1. DR _____ CALLED AT _____
   DR _____ RESPONSE _____
1. DR _____ CALLED AT _____
   DR _____ RESPONSE _____

ADVICE GIVEN TO PATIENT:

MANAGEMENT - I HAVE REVIEWED LAB DATA AND TREATMENT
(PA CHARTS)  PLAN AND:
  ___ CONCUR WITH PLAN
  ___ CHANGE

DIAGNOSIS: dyspnea

☐ NL DUTY X _____ DAYS
☐ BED REST X _____ DAYS
☐ LIGHT DUTY X _____ DAYS
☐ NO LIFT > _____ LBS
☐ NO STANDING X _____ DAYS

DISPOSITION: TIME _____ CONDITION: _____ ☐ ADMIT TO: _____ ☐ HOME ☐ DR.'S OFFICE ☐ AMA ☐ LEFT W/O TREATMENT ☐ TRANSFER ☐ EXPIRED
☐ N/A   ☐ SENT HOME ☐ GIVEN TO FAMILY   ☐ SENT TO SAFE

☐ CORONER  ☐ POLICE   PHYSICIAN'S SIGNATURE

BYRD00065