IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 DEC -9  P 4:00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DENISE BYRD, | } |
| | } |
| Plaintiff, | } |
| | } CIVIL ACTION NO. 3:05W1175-F |
| vs. | } |
| | } |
| McKENZIE TANK LINES, INC., and | } |
| ALTON JAMES DUPUIS, | } |
| | } |
| Defendants. | } |

CERTIFICATE OF SERVICE
OF NOTICE OF REMOVAL

COMES NOW RICHARD E. BROUGHTON, of counsel for the Defendants, McKenzie Tank Lines, Inc., and Alton James DuPuis, and certifies and shows unto this Court that on the 9th day of December, 2005, he did serve notice upon the Clerk of the Circuit Court for Russell County, and upon attorney for Plaintiff, by U. S. mail, properly addressed and postage prepaid, a true and correct copy of the Notice of Removal filed herein, and that attached to said Notice of Removal were true and correct copies of the original Summons and Complaint in the action originally filed in the Circuit Court for Russell County, Alabama.

Respectfully submitted this the 9th day of December, 2005.

_____
RICHARD E. BROUGHTON (BRO043)

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

**SMITH, GAMBRELL & RUSSELL, LLP**
Stephen E. O'Day
Georgia Bar No. 549337
Andrew M. Thompson
Georgia Bar No. 707319

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Counsel for Defendants
McKenzie Tank Lines, Inc. and
Alton James DuPuis

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon

W. Charles Day, Jr., Esq.
Berry, Shelnutt, Day & Hoffman, P.C.
233 12th Street
Post Office Box 1437
Columbus, Georgia 31902-1437

by placing copy of same in the United States Mail, first class, postage prepaid and properly addressed on this 9th day of December, 2005.

_____
OF COUNSEL