IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE BYRD, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-1175-MEF |
| | ) |
| McKENIZE TANK LINES, INC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that the Uniform Scheduling Order (Doc. #7) entered by the court on January 10, 2006 is VACATED.

DONE this the 12th day of January, 2006.

                                                  /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE