

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**         }
                                      } ss.
**NORTHERN DISTRICT OF GEORGIA**      }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **STEPHEN EDMUND O'DAY, State Bar No. 549337,** was duly admitted to practice in said Court on July 16, 1979, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of December, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

EXHIBIT A