IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE BYRD, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-1175-F |
| McKENZIE TANK LINES, INC., et al., | ) |
|     Defendants. | ) |

## CONSENT TO ADMITTANCE OF
## PRO HAC VICE COUNSEL, STEPHEN E. O'DAY

I hereby consent without objection to the appearance of Stephen E. O'Day as *pro hac vice* counsel in the above-styled action. I further hereby waive hearing, notice and appearance at any hearing on said attorney's motions and applications for *pro hac vice* admittance.

                                                          _____
                                                          W. Charles Day, Jr. (DAY007)
                                                          Attorney for Plaintiff
                                                          Denise Byrd

Berry, Shelnutt, Day & Hoffman, PC
233 12th Street, Suite 100A
Post Office Box 1437
Columbus, Georgia 31902-1437
(706) 324-4375

                                                          _____
                                                          Richard E. Broughton (BRO043)
                                                          Attorney for Defendants
                                                          McKenzie Tank Lines, Inc.
                                                          and Alton James DuPuis

Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36110
(334) 387-7680

                                                                                                         **EXHIBIT C**