IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1175-F |
| | ) |
| McKENZIE TANK LINES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR PRO HAC VICE ADMISSION OF VISITING ATTORNEY

COME NOW Defendants McKenzie Tank Lines, Inc. and Alton James Dupuis (hereinafter collectively "Defendants") and respectfully move this Honorable Court as follows:

1. This action was filed by Plaintiff Denise Byrd in the Circuit Court of Russell County, Alabama on November 1, 2005 and removed by Defendants to this Honorable Court on December 9, 2005.

2. Defendants are represented by Richard E. Broughton (BRO043), 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109, who is a licensed practitioner in the State of Alabama and a member of the Bar of this Honorable Court.

3. Defendants desire that their counsel be assisted herein in the preparation and trial of this case by Andrew M. Thompson, who is a practicing attorney with the law firm of Smith, Gambrell & Russell, LLP of Atlanta, Georgia.

4. Andrew M. Thompson was admitted to the State Bar of Georgia in 1998 and is also a member of the Bar of the United States District Court for the Northern District of Georgia. Although Andrew M. Thompson is not licensed to practice in the State of Alabama, he is a member in good standing of the aforementioned Court and is eligible to practice therein and has



never been suspended nor disbarred by any court. A Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached hereto as Exhibit A.

5. The Verified Application for Admission Under Local Rule 83.1 is attached hereto as Exhibit B.

6. The Consent to Admittance of Pro Hac Vice Counsel is attached hereto as Exhibit C.

7. Defendants respectfully request that this Honorable Court permit Andrew M. Thompson to appear before it herein as additional counsel for Defendants.

WHEREFORE, Defendants pray that Andrew M. Thompson of the law firm of Smith, Gambrell & Russell, LLP of Atlanta, Georgia be allowed to appear before this Honorable Court in association with Richard E. Broughton of Montgomery, Alabama as additional counsel for Defendants.

Respectfully submitted,

/s/ R. E. Broughton
Richard E. Broughton – BRO043
Attorney for Defendants
McKenzie Tank Lines, Inc.
and Alton James DuPuis

OF COUNSEL:

Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36110
(334) 387-7680

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon all counsel of record by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed as follows on this the ___17TH___ day of January, 2006.

W. Charles Day, Jr., Esq.
Berry, Shelnutt, Day & Hoffman, PC
233 12th Street, Suite 100A
Post Office Box 1437
Columbus, Georgia 31902-1437

_____
OF COUNSEL