

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

    I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **ANDREW MCFEE THOMPSON, State Bar No. 707319,** was duly admitted to practice in said Court on November 12, 1998, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 27th day of December, 2005.

                                        LUTHER D. THOMAS
                                        CLERK OF COURT



                              By: _____
                                      Jamee Holland
                                      Deputy Clerk

                                                                               EXHIBIT A