IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1175-F |
| | ) |
| McKENZIE TANK LINES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CONSENT TO ADMITTANCE OF
## PRO HAC VICE COUNSEL, ANDREW M. THOMPSON

I hereby consent without objection to the appearance of Andrew M. Thompson as *pro hac vice* counsel in the above-styled action. I further hereby waive hearing, notice and appearance at any hearing on said attorney's motions and applications for *pro hac vice* admittance.

_____
W. Charles Day, Jr. (DAY007)
Attorney for Plaintiff
Denise Byrd

Berry, Shelnutt, Day & Hoffman, PC
233 12th Street, Suite 100A
Post Office Box 1437
Columbus, Georgia 31902-1437
(706) 324-4375

_____
Richard E. Broughton (BRO043)
Attorney for Defendants
McKenzie Tank Lines, Inc.
and Alton James DuPuis

Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36110
(334) 387-7680

EXHIBIT C