IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE BYRD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-1175-MEF |
| ) | |
| McKENIZE TANK LINES, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motions for Stephen E. O'Day and Andrew Thompson to Appear Pro Hac Vice (Doc. #10 & # 11) filed on January 17, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 20th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE