IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE BYRD, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | CIVIL ACTION NO. |
| | } | 3:05-cv-1175-F |
| McKENZIE TANK LINES, INC., and | } | |
| ALTON JAMES DUPUIS, | } | |
| | } | |
| Defendants | } | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Doris Denise Byrd ("Plaintiff"), by and through the undersigned counsel of record, and Defendant McKenzie Tank Lines, Inc. and Defendant Alton James Dupuis (collectively "Defendants"), by and through their undersigned counsel of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure stipulate that Plaintiff hereby dismisses WITH PREJUDICE her claims against Defendants in the above-styled action.

Respectfully submitted this **3rd** day of February, 2006.

| | |
|---|---|
| BERRY, SHELNUTT, DAY, & HOFFMAN P.C. | SMITH, GAMBRELL & RUSSELL, LLP |

s/
W. Charles Day, Jr.
Alabama Bar No – Day007
233 12th Street
Post Office Box 1437
Columbus, Georgia 31902-1437
(706) 324-4375
(706) 653-5681 facsimile

Attorney for Plaintiff
Doris Denise Byrd

s/ Andrew M. Thompson
Admitted *Pro Hac Vice*
Georgia Bar No. 707319
Stephen E. O'Day
Georgia Bar No. 549337
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500

Richard E. Broughton
Alabama Bar No – BRO043
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

Attorneys for Defendant McKenzie Tank Lines, Inc.
and Defendant Alton James Dupuis

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd February, 2006, I electronically filed the foregoing **Stipulation of Dismissal With Prejudice** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard E. Broughton, Esq.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222


Stephen E. O'Day, Esq.
Andrew M. Thompson, Esq.
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

/s/ _____
W. Charles Day, Jr.
Alabama Bar No – Day007

LIT\937354.1